# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tracy Conell Tyler
Angela Marie Tyler
Debtor(s)

CHAPTER 13

BKY. NO. 26-14309 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Maggie Soboleski

Maggie Soboleski
21 Oct 2026, 09:14:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 51e94d49da2f1256fb1c8ca7c8585a30b951bdf93c7e2cecdd7503db0fdfbe3f