**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tracy Conell Tyler<br>Angela Marie Tyler<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 26-14309 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski
21 Oct 2026, 09:14:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322