Case No 26-14309

Tracy Tyler
Angela Tyler

I am requesting an extention for the filing of Bankrupcy Chapter 13 50 pages.

I am ~~[illegible]~~ working with V I P with Relationship of Property

Self employed filing PRO Sei

FILED
OCT 27 2026
CLERK OF COURT
BY ______________ DEP. CLERK