*Form OL243* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Tracy Conell Tyler | ) | Case No. 26−14309−djb |
| | ) | |
| | ) | |
| Angela Marie Tyler | ) | Chapter: 13 |
| | ) | |
| Debtors | ) | |

## **ORDER**

**AND NOW**,upon consideration of the Debtors' Motion for Extension of Time to File the required documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtors may file their documents on or before November 11, 2026 .

Date: October 27, 2026

Derek J Baker
Judge, United States Bankruptcy Court