**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Tracy Conell Tyler and Angela Marie Tyler,** | ) | **CASE NO.: 26-14309-djb** |
| | ) | **CHAPTER 13** |
| **DEBTORS.** | ) | **Judge Derek J Baker** |
| | ) | |
| **HSBC Bank USA, N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2005-4, Renaissance Home Equity Loan Asset-Backed Notes, Series 2005-4,** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **Tracy Conell Tyler and Angela Marie Tyler, DEBTORS, AND Kenneth E. West , TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of HSBC Bank USA, N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2005-4, Renaissance Home Equity Loan Asset-Backed Notes, Series 2005-4, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 30th day of October, 2026

Respectfully submitted,

/s/ Joshua I. Goldman, Esq.
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 30th day of October, 2026.

***VIA U.S. MAIL***

*DEBTOR*
Tracy Conell Tyler
1439 North 55th Street
Philadelphia, PA 19131

*JOINT DEBTOR*
Angela Marie Tyler
6145 Vine Street
Philadelphia, PA 19139

***VIA ELECTRONIC NOTICE***

*TRUSTEE*
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

*U.S. TRUSTEE*
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

/s/ Joshua I. Goldman, Esq.
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*